[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1313

 EMANUEL R. GRANGE, A/K/A TEDDY MURPHY,

 Plaintiff, Appellant,

 v.

 DEPARTMENT OF CORRECTIONS,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Mark L. Wolf, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Emanuel R. Grange, a/k/a Teddy Murphy on brief pro se. 
Scott Harshbarger, Attorney General, and Ellyn H. Lazar, 
Assistant Attorney General, on brief for appellees.

 

 September 22, 1997
 

 Per Curiam. Appellant Emanuel R. Grange appeals 

from the district court's dismissal of his complaint filed

under 42 U.S.C. 1983. After carefully reviewing the

parties' briefs and the record, we believe that the dismissal

was correct for essentially the reasons stated in the

district court's Order, dated January 23, 1997.

 Affirmed. See Local Rule 27.1.  

 -2-